In the Matter of JAMES E. CLARK, Petitioner, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

In the Matter of MARY E. FLANAGAN et al., Respondents, v. BOARD OF ZONING APPEALS OF THE INCORPORATED VILLAGE OF BAYVILLE, Appellant.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.